No. 63084.—Arthur J. Humphreys v. United States, protest 226840–K (Seattle).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of fresh or frozen boneless pork similar in all material respects to that the subject of Abstract 59714, the claim of the plaintiff was sustained.

No. 63085.—Camera Specialty Company, Inc. v. United States, protests 292769–K, etc. (New York).

Opinion by Richardson, J.—In accordance with oral stipulation of counsel that the issues are the same in all material respects as those the subject of Abstract 60940, the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U.S.C. § 2636(d).

Before the Second Division, May 20, 1959

No. 63086.—International Expediters, Inc. v. United States, protest 58/11143 (New York).

Opinion by Lawrence, J.   The protest was dismissed.

No. 63087.—Air Express International Corp. v. United States, protest 58/11245 (New York).

Opinion by Lawrence, J.   The protest was dismissed.